RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Albert Lafarga-Cruz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALBERT LAFARGA-CRUZ,<br><br>　　　　　　Defendant. | Case No.: 2:13-cr-00085-APG-PAL<br><br>**MOTION TO REQUEST PRE-TRIAL SERVICES INTERVIEW ALBERT LAFARGA-CRUZ WITH PROPOSED ORDER**<br>(Expedited Treatment Requested) |

COMES NOW the defendant, Albert Lafarga-Cruz, by and through his counsel of record, Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for defendant and files this Motion to Request Pre-trial Services to Interview Mr. Lafarga-Cruz for the following reasons.

DATED this 14th day of May, 2013.

　　　　　　　　　　　　　　　　RENE L. VALLADARES
　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　*/s/ Monique Kirtley*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MONIQUE KIRTLEY
　　　　　　　　　　　　　　　　Assistant Federal Public Defender

**MOTION TO REQUEST PRE-TRIAL SERVICES INTERVIEW**
**ALBERT LAFARGA CRUZ**

On April 27, 2013, the defendant, Albert Lafarga-Cruz ("Lafarga"), made an initial appearance before Magistrate Judge Cam Ferenbach. Mr. Lafarga was detained as a flight risk and a danger to the community. It appears from the Order that the Court did not have any verifiable information regarding Mr. Lafarga as he had not interviewed with Pre-trial Services. The undersigned counsel filed a Motion to Re-Open Bail. A hearing on the Motion is scheduled for May 21, 2013 at 10:00 a.m. Prior to the hearing, Mr. Lafarga would like the opportunity to be interviewed by Pre-trial Services. In order to have Mr. Lafarga interviewed, the undersigned respectfully requests that this Court order Pre-trial Services to interview him prior to the 10:00 a.m., on May 21, 2013. Undersigned counsel is including a proposed order that would accomplish what is being requested in this motion.

DATED this 14th day of May, 2013.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/ Monique Kirtley*

MONIQUE KIRTLEY
Assistant Federal Public Defender
Counsel for Albert Lafarga-Cruz

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-00085-APG-PAL |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| ALBERT LAFARGA CRUZ, | |
| Defendant. | |

The reasons being sound and in the best interests of justice and judicial economy being served.

IT IS ORDERED that Pre-trial Services conduct a pre-trial interview ~~on May 21,~~ if time and resources are available and the court on or before May 20, 2013. ~~2013 prior to 10:00 a.m.~~ and make the report available to the parties ~~as quickly as possible.~~

DATED this 15th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Law Offices of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on May 14, 2013, she served an electronic copy of the above and foregoing **MOTION TO REQUEST PRE-TRIAL SERVICES INTERVIEW ALBERT LAFARGA CRUZ WITH PROPOSED ORDER**, (Expedited Treatment Requested), by electronic service (ECF) to the person named below:

> DANIEL G. BOGDEN
> United States Attorney
> SUSAN CUSHMAN
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

*/s/ Blanca Lenzi*
_____
Employee of the Federal Public Defender